**Nick LYON, Plaintiff–Appellant,**

v.

**Jim DUPREE; Doctor Harrell, Defendants–Appellees,**

and

**Wake County Corrections Department of Medical Staff, Defendant.**

**No. 00–7206.**

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 17, 2000.

Decided Feb. 16, 2001.

Nick Lyon, pro se. William McBlief, Office of the Attorney General of North Carolina; Dana Hefter Davis, Raleigh, NC, for appellees.

Before NIEMEYER, WILLIAMS, and MOTZ, Circuit Judges.

PER CURIAM.

Nick Lyon appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Lyon v. Dupree,* No. CA–99–403–5–BO (E.D.N.C. Aug. 3, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*